UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LUIS MANUEL PEREZ,
        Plaintiff,

vs.

PARK ENT, LLC, et al.,
        Defendants.

CIVIL ACTION FILE

NO. 1:17-cv-486-WSD

## J U D G M E N T

This action having come before the court, Honorable William S. Duffey, Jr., United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **dismissed without prejudice** for failure to prosecute under Local Rule 41.3(A)(2).

Dated at Atlanta, Georgia, this 17th day of November, 2017.

JAMES N. HATTEN
CLERK OF COURT

By: *s/ D. McGoldrick*
     Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
November 17, 2017
James N. Hatten
Clerk of Court

By: *s/ D. McGoldrick*
     Deputy Clerk